IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

| IN THE MATTER OF THE SEARCH OF | ) | Case No. | 24-mr-82 |
| THE PERSONS AND PROPERTY | ) | | 24-mr-83 |
| IDENTIFIED IN THE SEPARATE | ) | | 24-mr-84 |
| APPLICATIONS | ) | | 24-mr-85 |
| | ) | | 24-mr-86 |
| | ) | | 24-mr-87 |
| | ) | | 24-mr-88 |
| | ) | | 24-mr-89 |
| | ) | | 24-mr-90 |
| | ) | | 24-mr-91 |
| | ) | | 24-mr-92 |
| | ) | | 24-mr-93 |
| | ) | | 24-mr-94 |
| | ) | | 24-mr-95 |
| | ) | | 24-mr-96 |
| | ) | | 24-mr-97 |

## ORDER GRANTING UNOPPOSED MOTION TO REDACT NON-PUBLIC INFORMATION AND TO UNSEAL CASES

THIS MATTER having come before the Court on the United States Unopposed Motion to Redact Non-Public Information and to Unseal Cases, and having considered the grounds set forth in that motion, finds that is it well taken and should be granted.

IT IS HEREBY ORDERED that the non-public information contained in the above-referenced cases and all documents shall be redacted, and then the search warrants, as well as the applications and the affidavits thereto, filed in the above-captioned cases shall be unsealed.

_____
STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE